IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERTO GUAJARDO  *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| FIESTA MART, LLC  *Defendant*. | § § § | |

## INDEX OF DOCMENTS FILED

As required under Local Rule 81, the following is a list of the documents being filed with the Fiesta Mart, L.L.C.'s ("Fiesta") Notice of Removal in this action:

| **Exhibit** | **Description** |
|---|---|
| 1. | Index of Documents Filed |
| 2. | The docket sheet for Cause No. 1160122: *Wanda Roberto Guajardo v. Fiesta Mart, LLC*; in the County Court at Law No. 4 for Harris County, Texas. |
| 3. | Plaintiff's Original Petition, filed October 16, 2020 |
| 4. | Executed Citation for Fiesta Mart, LLC |
| 5. | Order for Trial Setting |
| 6. | Defendant Fiesta Mart, LLC's Original Answer, filed November 20, 2020 |
| 7. | List of Counsel of Record |
| 8. | Notice of Removal in State Court |
| 9. | Affidavit of Michael Saltzstein |

EXHIBIT
1