Web Inquiry

## County Civil

**Case Number**
1160241

**Court**
All

**Status**
-All

**File Date (From)**
MM/DD/YYYY

**File Date (To)**
MM/DD/YYYY

[SEARCH] [CLEAR]

---

◉ Party  ○ Attorney  ○ Company

**Last Name**

**First Name**

**Bar Card Number**

**File Date (From)**
MM/DD/YYYY

**File Date (To)**
MM/DD/YYYY

[SEARCH] [CLEAR]

6 Record(s) Found.

| Case | File Date | Type Desc | Subtype | Style | Status | Judge | Court | View All | |
|---|---|---|---|---|---|---|---|---|---|
| 1160241 | 10/16/2020 | OTHER INJURY OR DAMAGE | | ROBERTO GUAJARDO VS FIESTA MART, LLC | Open | LESLEY BRIONES | 4 | Parties | Court Settings |

| Event Date | Event Desc | Comments | | Pgs |
|---|---|---|---|---|
| 11/23/2020 | Order of Referral of Mediation-Non DRC | **EXHIBIT 2** | Order of Referral of Mediation-Non DRC | 1 |
| | | | Order of Referral of | |

| | | | | |
|---|---|---|---|---|
| | | | Mediation-Non DRC | 1 |
| | | | Order of Referral of Mediation-Non DRC | 1 |
| | | | Order of Referral of Mediation-Non DRC | 1 |
| | | | Order of Referral of Mediation-Non DRC | 1 |
| 11/20/2020 | Answer | | Guajardo.R-Fiesta Original Answer.pdf | 3 |
| 10/30/2020 | Return of Service | | 1160241_ROS FIESTA MART LLC.pdf | 2 |
| 10/21/2020 | Original Petition Disclosures Citation Issued | M/O ATTY | Original Petition Citation | 1 |
| 10/16/2020 | eFile Original Petition | | DOC542.pdf | 7 |
| 10/16/2020 | Original Petition (OCA) | | | |