United States District Court
Southern District of Texas
**ENTERED**
January 08, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERTO GUAJARDO, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-20-4006 |
| FIESTA MART, LLC, | § § | |
| Defendant. | § § | |

## ORDER

Roberto Guajardo sued Fiesta Mart, LLC in Texas state court after allegedly slipping and falling in a Fiesta Mart store. (Docket Entry No. 1-3 at ¶ 11). Fiesta Mart timely removed, invoking diversity jurisdiction. (Docket Entry No. 1). Guajardo filed a motion to remand, arguing that the parties are not diverse. (Docket Entry No. 9).

Diversity jurisdiction requires an amount in controversy over $75,000 and diverse parties. 28 U.S.C. § 1332(a)(1). Guajardo does not challenge the amount in controversy. The citizenship of a limited liability corporation, like Fiesta Mart, is determined by the citizenship of its members. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008).

Fiesta Mart filed an affidavit with its notice of removal that set forth its citizenship. (Docket Entry No. 1-9). Fiesta Mart has one member, Bodega Latina Corp., which is incorporated in Delaware and has its principal place of business in California. (*Id.*). Guajardo is a citizen of Texas. (Docket Entry No. 1 at ¶ 9). Because the parties are diverse and the amount in controversy exceeds $75,000, this court has diversity jurisdiction over this civil action. Guajardo's motion to remand is denied.

SIGNED on January 7, 2021, at Houston, Texas.

2

_____

Lee H. Rosenthal
Chief United States District Judge

2