**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERTO GUAJARDO, | § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. H-20-4006 |
| FIESTA MART, LLC, | | |
| Defendant. | | |

**DISMISSAL ORDER**

Plaintiff did not appear at the court-ordered initial conference and did not provide a reason for his absence. This case is dismissed, without prejudice, for lack of prosecution and failure to comply with the order of this court.

SIGNED on January 8, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge